UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U.S. DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/07
```

-------------------------------------------x

SCOTT COHEN,                                :

                Plaintiff,               :         **O R D E R**

   - against -                             :      07 Civ. 6365 (NRB)

YURI KUPERMAN,                              :

                Defendant.               :

-------------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The complaint in this action having been filed on July 12, 2007, and the Court having informed plaintiff's counsel by letter, dated October 9, 2007 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

    ORDERED that the complaint be dismissed without prejudice.

DATED:     New York, New York
           November 16, 2007

                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

MICROFILMED

NOV 1 9 2007 -9:00 AM

Returned to chambers for scanning on 11/21/07.
Scanned by chambers on 11/27/07.